United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **ERVIN JAVIER GOMEZ JOYA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00388** |
| | § | |
| **WARDEN, Laredo Detention Center,** | § | |
| ***et al.,*** | § | |
| **Respondents.** | § | |

### <u>ORDER</u>

Before the Court is a pro se Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), signed by a document preparer, Jenny Hallee, and verified by Petitioner's wife, Wilmara Del Rosario Sanchez Hodgson, on behalf of immigrant detainee Ervin Javier Gomez Joya. (*Id.* at 16, 19).

In order for someone who is not a lawyer to file a habeas petition on behalf of a detained person, the non-lawyer, referred to as a "next friend," must meet certain requirements. Attached is a form that Petitioner, or the person filing the petition on behalf of Petitioner, must fill out. The Court will use the information provided in the form to decide whether those requirements have been met.

If the Court does not receive a copy of the completed form, or a request for an extension, by **April 6, 2026**, the Court **may dismiss** the petition because it does not have enough information to proceed.

The Clerk of Court is **DIRECTED** to mail a copy of this Order and its attachments, by regular mail and any receipted means, to the following parties at the listed addresses:

- Ervin Javier Gomez Joya, Webb County Detention Center, 9998 S. Highway 83, Laredo, TX 78046.
- Wilmara Del Rosario Sanchez Hodgson, 1548 Maine Ave., Apt. 209, Port Arthur, TX 77642.

It is so **ORDERED**.

**SIGNED** on March 16, 2026.

John A. Kazen
United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **ERVIN JAVIER GOMEZ JOYA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00388** |
| | § | |
| **WARDEN, Laredo Detention Center,** | § | |
| ***et al.,*** | § | |
| **Respondents.** | § | |

### Questionnaire for Next of Friend Filing Petition for Writ of Habeas Corpus:

**Instructions:**

Wilmara Del Rosario Sanchez Hodgson or Petitioner must complete and sign this form. The Court requires this information to decide the case, and it will be used only for that purpose. "Petitioner" means the person being detained in this matter.

The completed form **must be e-mailed** to the Court at the following email address: **Jessica_Rodriguez@txs.uscourts.gov and sent via mail** to the following address:

> Clerk of Court
> 1300 Victoria Street, Suite 1131
> Laredo, TX 78040

Please call (956) 790-1757 if you have any questions or difficulties completing the form.

### Personal Information About Next Friend

1. Name (First and Last): _____

2. Phone Number: _____

3. E-Mail Address: _____

4. Mailing Address:

   _____
   _____
   _____

5.  Full Name of Person for Whom You are Filing this Petition:

_____

6.  What is your relationship, if any, to the Petitioner?
    (E.g., mother, father, brother, wife):

_____

7.  How long have you known the Petitioner?

_____

8.  How much contact have you had with the Petitioner?

_____

9.  Is the Petitioner aware that you are filing this Petition on their behalf?
    Circle: YES or NO

    If NO, explain why you are filing this Petition on their behalf:

_____

_____

_____

10. Please explain the reason, if any, that the Petitioner is unable to file this Petition on
    their own behalf.

    (For example, they do not speak English, lack of resources, mental incompetence,
    disability, or any other reason that may prevent them for filing the petition themselves)

_____

_____

_____

**DECLARATION:** I declare under penalty of perjury that the above information is true
and understand that a false statement may result in a dismissal of Petitioner's claims.

_____    _____
Printed Name                                  Signature

Date: _____