United States District Court
Southern District of Texas

**ENTERED**

March 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ERVIN JAVIER GOMEZ JOYA, by | § | |
| Next Friend Wilmara del Rosario | § | |
| Sanchez Hodgson, | § | |
|         Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00388 |
| | § | |
| WARDEN, Laredo Detention Center, | § | |
| *et al.*, | § | |
|         Respondents. | § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), filed and verified by Next Friend Wilmara del Rosario Sanchez Hodgson. The Court permitted Petitioner or his next friend to file additional information so that the Court could evaluate Petitioner's use of the next friend device. (Dkt. No. 4). Petitioner's Next Friend filed the additional information. (Dkt. Nos. 7, 8). Petitioner names Warden of the Laredo Detention Center; U.S. Immigration and Customs Enforcement; the Department of Homeland Security; and Kristi Noem, Secretary of the Department of Homeland Security, as Respondents.

As explained below, the Court **ACCEPTS** Petitioner's petition filed as next friend, (Dkt. No. 1). Based upon a review of the Petition and the additional information, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than April 6, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than April 13, 2026**.

For the reasons stated in Petitioner's additional information and petition, the Court accepts the petition filed as next friend and has jurisdiction to entertain the petition. *See Weber v. Garza*, 570 F.2d 511, 513–14 (5th Cir. 1978). "[T]he authority of one person to apply for a writ of habeas corpus for the release of another will be recognized only when the application for the writ establishes some reason or explanation, satisfactory to the court, showing: (1) why the detained person did not sign and verify the petition and (2) the relationship and interest of the would be "next-friend." *Id.* The Court

1 / 3

finds that Petitioner sufficiently established an explanation for why he did not file or sign the Petition because he faced access issues while he has been detained. *See id.* at 514 n.4. Additionally, the Court finds that Petitioner and Wilmara del Rosario Sanchez Hodgson have a sufficiently close relationship as she is his wife who has known him for twenty-four years. Because the Court finds that the evidence presented by Petitioner is sufficient, the next friend device does not deprive the Court of jurisdiction. *Id.* at 514.

The Clerk of Court is **DIRECTED** to serve the Petition and its attachments, (Dkt. No. 1), Petitioner's additional information, (Dkt. No. 7), and the Court's March 16 Order, (Dkt. No. 4), on Respondents via certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service.

- Respondent Warden or his designee may be served at Laredo Detention Center, 4702 E. Saunders St., Laredo, TX 78041.
- Respondent ICE may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.
- Respondent DHS may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.
- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

The Court further **DIRECTS** the Clerk of Court to send Petition and its attachments, (Dkt. No. 1), Petitioner's additional information, (Dkt. No. 7), the Court's March 16 Order, (Dkt. No. 4), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usa.doj.gov to provide notice of this action. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk of Court is further **DIRECTED** to mail a copy of this Order, by regular mail and any receipted means, to the following parties at these listed addresses:

- Ervin Javier Gomez Joya, Webb County Detention Center, 9998 S. Highway 83, Laredo, TX 78046.
- Wilmara del Rosario Sanchez Hodgson, 1401 Poole Ave., Apt. 209, Port Arthur, TX 77642.

The Clerk of Court is further **DIRECTED** to send a copy of this Order by electronic mail to swilmara003@gmail.com.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least five (5) days before any such transfer.

It is so **ORDERED**.

**SIGNED** on March 30, 2026.

_____
John A. Kazen
United States District Judge